

**Z**ACHARY **W. C**ARTER
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**RHIANA SWARTZ**
*Assistant Corporation Counsel*
rswartz@law.nyc.gov
Phone: (212) 356-2382
Fax: (212) 356-3509

May 23, 2014

**BY ECF**

Memo Endorsed

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Time of June 10, 2014 Settlement Conference
                   Kelby Fredrick v. City of New York, *et al*., 11-CV-469 (JPO)

Your Honor:

        I am the Assistant Corporation Counsel representing the defendants in the above-referenced matter. The parties jointly write to request clarification regarding Your Honor's May 22nd Order scheduling a settlement conference in this matter for June 10, 2014.

        Your chambers informed the undersigned that the conference is calendared for 2:00 p.m. on June 10, 2014, and requested that the parties file a letter requesting confirmation of that time. The parties are available at that time, although defendants' counsel respectfully requests that it be moved to 2:30 or 3:00 p.m., if the Court has the availability, in order to accommodate another matter on the same day.


Thank you for your consideration.

Respectfully submitted,

_____/s/_____

Rhiana Swartz
Assistant Corporation Counsel
*Attorney for Defendants City,
    Lobel, and McDermott*

ec:    Fred Lichtmacher (via ECF)
       *Attorney for Plaintiff*

The conference will begin at 2:30 p.m. on June 10, 2014.
So ordered.
   May 28, 2014

_____
J. PAUL OETKEN
United States District Judge